UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARE ONE MANAGEMENT, LLC ET AL., | Case No. |
| Plaintiffs | |
| v. | |
| STATE OF CONNECTICUT, DIVISION OF CRIMINAL JUSTICE, OFFICE OF CHIEF STATE'S ATTORNEY | |
| Defendant | |
| CARE ONE MANAGEMENT, LLC ET AL., | (Pending in the United States District Court for the District of New Jersey, Civil Action No. 2:12-cv-6371-SDW-MCA) |
| Plaintiffs | |
| v. | |
| UNITED HEALTHCARE WORKERS EAST, SEIU 1199 ET AL., | December 7, 2015 |
| Defendants | |

**MOTION TO COMPEL COMPLIANCE OF SUBPOENA ISSUED TO THE OFFICE OF CHIEF STATE'S ATTORNEY**

Pursuant to Federal Rules of Civil Procedure 26(b), 34(c), 37 and 45, the movants, consisting of fifty-two sub-acute care, long term nursing care and assisted living healthcare facilities located in New Jersey, Connecticut and Massachusetts, and the entities that manage and own them (collectively, "Care One"),[1] hereby move this Court for the entry of an order compelling the State of Connecticut, Division of Criminal Justice, Office of Chief State's Attorney ("State's Attorney") to produce all documents responsive to the subpoena duces tecum served by the movants upon the State's Attorney on February 6, 2014.

---

[1] A complete listing of the movants is attached hereto as Exhibit 1.

ORAL ARGUMENT REQUESTED
PURSUANT TO LOCAL RULE 7(a)(1)

The movants are plaintiffs in an action pending in the United States District Court for the District of New Jersey captioned <u>Care One Management, LLC, et al. v. United Healthcare Workers East, SEIU 1199, et al.</u>, Docket No. 2:12-cv-6371-SDW-MCA (the "New Jersey Action"), against the Service Employees International Union and its affiliated local unions alleging, among other claims, violations of the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961 et seq.  The subpoena served upon the State's Attorney requested documents concerning the State's Attorney's investigation of incidents of sabotage, vandalism and other misconduct that occurred at the three of the movants' Connecticut facilities at or around the same time as the commencement of union defendants' labor strikes at those same facilities.  The State's Attorney has refused to produce certain responsive documents on the grounds that the law enforcement privilege and the work product doctrine prevent disclosure of such documents.  The State's Attorney has also failed to confirm the existence of draft arrest warrants or documents relating to the preparation of such warrants, as requested by the subpoena.

As more fully explained in the memorandum of law filed in support of this motion, the State's Attorney should be compelled to produce all documents responsive to the movants' subpoena because neither of the privileges asserted by the State's Attorney apply.  Even if the qualified protections under the work product doctrine or the law enforcement privilege were determined to apply, Care One is still entitled to production of the withheld documents because the information they contain is highly relevant to Care One's claims asserted in the New Jersey Action and cannot be obtained from other sources.

For these reasons, Care One respectfully requests that this Court grant this motion and enter an order compelling the Office of the Chief State's Attorney to produce forthwith all documents responsive to the subpoena served by Care One.

MOVANTS – CARE ONE MANAGEMENT, LLC ET AL.

By *[signature]*
George A. Dagon, Jr. - ct06599
gdagon@murthalaw.com
Taruna Garg – ct28652
tgarg@murthalaw.com

Murtha Cullina LLP
177 Broad Street
Stamford, Connecticut 06901
Telephone: 203.653.5400
Facsimile:  203.653.5444
Their Attorneys

<u>EXHIBIT 1</u>
<u>List of Movants</u>

Care One Management LLC; HealthBridge Management, LLC; Care One at Birchwood, LLC, d/b/a Care One at The Highlands; Care One at East Brunswick, LLC, d/b/a Care One at East Brunswick; Care One at Hamilton, LLC, d/b/a Care One at Hamilton; Care One at Madison Avenue, LLC, d/b/a Care One at Madison Avenue; Care One at Mercer, LLC, d/b/a Care One at Ewing; Care One at Parsippany- Troy Hills, LLC, d/b/a Care One at Morris; Care One at Teaneck, LLC, d/b/a Care One at Teaneck; Care One at Wall, LLC, d/b/a Care One at Wall; Care Two, LLC, d/b/a Care One at Livingston; CareOne at Moorestown, LLC, d/b/a Care One at Moorestown; Elmwood Evesham Associates, LLC, d/b/a Care One at Evesham; HCC, LLC, d/b/a Care One at Holmdel; King James Care Center of Middletown, LLC, d/b/a Care One at King James; Millennium Healthcare Centers II, LLC, d/b/a Care One at Dunroven; Millennium Healthcare Centers II, LLC, d/b/a Care One at Valley; Millennium Healthcare Centers, LLC, d/b/a Care One at Pine Rest; Millennium Healthcare Centers, LLC, d/b/a Care One at The Cupola; 11 History Lane Operating Company, LLC, d/b/a Care One at Jackson; 301 Union Street, LLC, d/b/a Care One at Wellington; 493 Black Oak Ridge Road, LLC, d/b/a Care One at Wayne; 600 Kinderkamack Road Operating Company, LLC, d/b/a Oradell Health Care Center; 800 River Road Operating Company, LLC, d/b/a Woodcrest Health Care Center; 2 Cooper Plaza Operating Company, LLC, d/b/a South Jersey Health Care Center; 1621 Route 22 West Operating Company, LLC, d/b/a Somerset Valley Rehabilitation and Nursing Center; 341 Jordan Lane Operating Company II, LLC, d/b/a Wethersfield Health Care Center; 1 Burr Road Operating Company II, LLC, d/b/a Westport Health Care Center; 107 Osborne Street Operating Company II, LLC, d/b/a Danbury Health Care Center; 240 Church Street Operating Company II, LLC, d/b/a Newington Health Care Center; 245 Orange Avenue Operating Company II, LLC, d/b/a West River Health Care Center; 710 Long Ridge Road Operating Company II, LLC, d/b/a Stamford Health Care Center; 162 South Britain Road Operating Company II, LLC, d/b/a River Glen Health Care Center; 2028 Bridgeport Avenue Operating Company II, LLC, d/b/a Golden Hill Health Care Center; 745 Highland Avenue Operating Company, LLC, d/b/a The Highlands Health Care Center; 135 Benton Drive Operating Company, LLC, d/b/a Redstone Health Care Center; 178 Lowell Street Operating Company, LLC, d/b/a Lexington Health Care Center; 19 Varnum Street Operating Company, LLC, d/b/a Lowell Health Care Center; 199 Andover Street Operating Company, LLC, d/b/a Peabody Glen Health Care Center; 2101 Washington Street Operating Company, LLC, d/b/a Newton Healthcare Center; 221 Fitzgerald Drive Operating Company, LLC, d/b/a New Bedford Health Care Center; 260 Easthampton Road Operating Company, LLC, d/b/a Holyoke Rehabilitation Center; 312 Millbury Avenue Operating Company, LLC, d/b/a Millbury Health Care Center; 49 Thomas Patten Drive Operating Company, LLC, d/b/a Cedar Hill Health Care Center; 548 Elm Street Operating Company, LLC, d/b/a Calvin Coolidge Nursing and Rehab. Center for Northhampton; 57 Old Road to Nine Acre Corner Operating Company, LLC, d/b/a Concord Health Care Center; 64 Performance Drive Operating Company, LLC, d/b/a Weymouth Health Care Center; 70

Granite Street Operating Company, LLC, d/b/a North Shore Health Care Center; 750 Woburn Street Operating Company, LLC, d/b/a Wilmington Health Care Center; Park, and Marion and Vernon Streets Operating Company, LLC, d/b/a Brookline Health Care Center